**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Corry Alexis Hawkins,<br><br>　　　　Petitioner<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>　　　　Respondents | Case No.: 2:20-cv-01852-JAD-VCF<br><br>**Order Directing Clerk to Re-Scan Petition**<br><br>[ECF No. 1-1] |

　　　　Petitioner Corry Alexis Hawkins petitions under 28 U.S.C. § 2254 for relief from his state-court convictions for conspiracy to commit murder, burglary while in possession of a deadly weapon, and possession of a firearm by an ex-felon.[1]  But this case is not Hawkins's first attempt to challenge these convictions.  On September 1, 2020, the court received a § 2254 petition from Hawkins and the clerk then opened *Hawkins v. Johnson*, Case No. 2:20-cv-01620-APG-DJA (*Hawkins I*).  Hawkins attached additional sheets to the court's petition form, and he wrote on both sides of those sheets.  The clerk scanned the petition, but the clerk did not scan both sides of the additional sheets.  The court dismissed *Hawkins I* because Hawkins did not file a complete application to proceed in forma pauperis.  Hawkins then sent a petition and a complete application to proceed in forma pauperis to the court, and the clerk opened this second action (*Hawkins II*).  Hawkins has since paid the filing fee.[2]  However, the petition that Hawkins sent in *Hawkins II* is a photocopy of the scanned petition in *Hawkins I* that is missing pages.  The

---

[1] ECF No. 1-1.

[2] ECF No. 5.

original, paper petition in *Hawkins I* still is in the court's day file for September 1, 2020. The court will re-scan that petition and file it in this action.

IT THEREFORE IS ORDERED that **the Clerk of the Court is directed to (1) take the original, paper habeas corpus petition in *Hawkins v. Johnson*, Case No. 2:20-cv-01620-APG-DJA, from the court's day file for September 1, 2020; (2) re-scan that petition, taking care to scan all pages, including the additional sheets that have writing on both sides; and (3) file that petition in this action.**

Dated: November 12, 2020

_____
U.S. District Judge