# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Corry Alexis Hawkins, | Case No.: 2:20-cv-01852-JAD-VCF |
| Petitioner | |
| v. | **Order Granting Motions for Leave to File a Second Amended Petition and to File Exhibits Under Seal** |
| Calvin Johnson, et al., | |
| Respondents | [ECF Nos. 14, 17] |

Petitioner Corry Alexis Hawkins petitions under 28 U.S.C. § 2254 for relief from his state-court convictions for conspiracy to commit murder, burglary while in possession of a deadly weapon, murder with the use of a deadly weapon, and possession of a firearm by an ex-felon.[1]  He has filed a motion for leave to file a second amended petition,[2] which respondents oppose.[3]  I grant this motion and waive the requirement of LR 15-1(a) that Hawkins attach a proposed amended petition to his motion for leave to amend.  Hawkins also has filed a motion to file exhibits under seal.[4]  Because the exhibit in question contains confidential information that should not be part of the public record, I grant that motion.

## I.    Procedural History

On August 30, 2020, Hawkins dispatched his initial, proper-person petition to this court.[5] After reviewing the petition, I provisionally appointed the Federal Public Defender to represent

---

[1] ECF No. 9.
[2] ECF No. 14.
[3] ECF No. 18.
[4] ECF No. 17.
[5] ECF No. 9.

Hawkins.[6]  After the Federal Public Defender indicated that he could represent Hawkins, I formally appointed counsel and directed Hawkins to file a counseled first amended petition.[7]

Hawkins did not formally file a first amended petition.  Instead, on May 24, 2021, Hawkins filed a counseled motion for leave to file a second amended petition.[8]  He attached the first amended petition as an exhibit to his motion for leave to file a second amended petition.[9]  In the motion, Hawkins states that he believes the one-year period of limitation[10] expires on May 24, 2021, and thus he is filing a first amended petition contemporaneously with a motion for leave to amend.[11]  I assume that Hawkins intended to file the first amended petition as a separate docket entry and that he made a clerical error.  Hawkins will need to file the first amended petition for the sake of a consistent record.

## II.    Discussion

### A.    The motion for leave to file a second amended petition [ECF No. 14]

Respondents do not persuade me to deny the motion for leave to amend simply because Hawkins has not attached a proposed second amended petition to the motion.[12]  LR 15-1(a) states that a proposed amended pleading must be submitted with the motion for leave to amend unless otherwise permitted by the court.  When the court appoints counsel to represent habeas corpus petitioners, as a matter of course, the court grants counsel leave to file an amended

---

[6] ECF No. 10.
[7] ECF No. 13.
[8] ECF No. 14.
[9] ECF No. 14-1.
[10] 28 U.S.C. § 2244(d)(1).
[11] ECF No. 14 at 2.
[12] *See* ECF No. 18 at 2.  *See also* LR 15-1(a).

petition without first submitting a proposed amended petition. The only difference here is that counsel has filed a first amended petition before the one-year deadline to minimize the probability that grounds for relief in a better researched and considered second amended petition would not relate back to a timely petition.[13] I see no reason to depart from my usual practice in habeas cases. So I waive the requirement of LR 15-1(a) that Hawkins attach a proposed second amended petition to his motion for leave to file a second amended petition.

### B. The motion to file exhibits under seal [ECF No. 17]

In Hawkins's motion to file exhibits under seal, he asks to seal a report that contains a psychological evaluation, a neuropsychological evaluation, and a death-penalty mitigation evaluation.[14] Because these evaluations contain confidential medical and psychological information, compelling reasons exist to file these documents under seal.[15]

## III. Conclusion

IT IS THEREFORE ORDERED that:

- Petitioner has until December 27, 2021, to file the first amended petition, currently in the docket at ECF No. 14-1;

- The motion to file exhibits under seal **[ECF No. 17] is GRANTED.**

- The motion for leave to file a second amended petition **[ECF No. 14] is GRANTED. Petitioner has until February 15, 2022, to file a second amended petition.**

---

[13] *See* Fed. R. Civ. P. 15(c). *See also Mayle v. Felix*, 545 U.S. 644, 650 (2005).
[14] ECF No. 17 at 2.
[15] *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

- The briefing schedule in the order of February 5, 2021, **[ECF No. 13]** remains in effect.

Dated: December 15, 2021

_____
U.S. District Judge Jennifer A. Dorsey