# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORRY ALEXIS HAWKINS,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　　　　Respondents. | Case No. 2:20-cv-01852-CDS-VCF<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 25), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 25) is **GRANTED**. Respondents will have up to and including June 2, 2022, to respond to the second amended petition (ECF No. 22).

DATED: April 19, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CRISTINA D. SILVA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1