UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORRY ALEXIS HAWKINS,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 2:20-cv-01852-CDS-VCF<br><br>Order Granting Unopposed Motion to File an Opposition to the Motion to Dismiss Following the Entry of an Order Denying the Motion for Stay and Abeyance<br><br>[ECF No. 54] |

　　　This habeas matter is before the Court on Petitioner's Unopposed Motion for Extension of Time to File Opposition to Motion to Dismiss ("Motion") [ECF No. 54] until after the Court decides Petitioner's Motion for Stay and Abeyance [ECF No. 31].

　　　Good cause appearing, **IT IS THEREFORE ORDERED** that:

1. Petitioner's motion [ECF No. 54] is GRANTED.
2. **Petitioner must file an opposition to the motion to dismiss within 30 days after the entry of an Order denying the Motion for Stay and Abeyance [ECF No. 31].**
3. In all other respects, the briefing schedule in the **Order of February 5, 2021 [ECF No. 13] remains in effect.**

DATED this 15th day of September 2022.

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE