UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORRY ALEXIS HAWKINS, | Case No. 2:20-CV-01852-CDS-VCF |
| Petitioner, | Order Granting Unopposed Motion for Enlargement of Time to File Response to Motion for a Stay and Abeyance (Second Request) |
| v. | |
| CALVIN JOHNSON, *et al.*, | [ECF No. 58] |
| Respondents. | |

This habeas matter is before the Court on Respondents' Unopposed Motion for Enlargement of Time to File a Response to Motion for a Stay and Abeyance (Second Request) ("Motion") [ECF No. 58].  Good cause appearing, **IT IS HEREBY ORDERED** that Respondents' motion **[ECF No. 58] is GRANTED**. Respondents have until October 28, 2022, to file a response to Petitioner's motion for a stay and abeyance.

DATED: September 29, 2022.

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE