UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORRY ALEXIS HAWKINS,<br><br>　　　　　　　　　Petitioner<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>　　　　　　　　　Respondents | Case No. 2:20-cv-01852-CDS-VCF<br><br>Order Granting Unopposed Motion to File an Opposition to the Motion to Dismiss<br><br>[ECF No. 64] |

　　　Good cause appearing, IT IS HEREBY ORDERED that petitioner's unopposed motion for extension of time in which to file an opposition to respondents' motion to dismiss (second request) (ECF No. 64) is GRANTED. Petitioner has until January 6, 2023, to file an opposition to respondents' motion to dismiss.

　　　DATED: December 6, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CRISTINA D. SILVA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE