UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORRY ALEXIS HAWKINS,<br><br>　　　　　Petitioner<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>　　　　　Respondents | Case No. 2:20-cv-01852-CDS-VCF<br><br>ORDER<br><br>[ECF No. 67] |

　　　Respondents seek an extension of time to file their reply in support of their motion to dismiss. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant respondents' motion. Given the age of this case, however, counsel for both parties are directed to prioritize the deadlines in this case over later-filed matters. **Further extensions of time are not likely to be granted absent compelling circumstances and a strong showing of good cause why the briefing could not be completed within the extended time allowed despite the exercise of due diligence**.

　　　It is therefore ordered that respondents' unopposed first motion for enlargement of time [ECF No. 67] is granted. Respondents have until February 27, 2023, to file their reply.

　　　DATED this 12th day of January, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CRISTINA D. SILVA
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE