UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Corry Alexis Hawkins,<br><br>      Plaintiff<br><br> v.<br><br>Calvin Johnson, et al.,<br><br>      Defendants | Case No. 2:20-cv-01852-CDS-VCF<br><br>Order Granting Unopposed First Motion for Enlargement of Time<br><br>[ECF No. 72] |

  Respondents seek an extension of time to file their answer to the second amended petition for writ of habeas corpus. (ECF No. 72.) I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant respondents' motion.

  It is therefore ordered that respondents' unopposed first motion for enlargement of time [ECF No. 72] is granted. Respondents have until June 30, 2023, to file their answer.

  DATED: May 2, 2023

_____
Cristina D. Silva
United States District Judge