UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Corry Alexis Hawkins,<br><br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>　　　　　　　　　　Defendants | Case No. 2:20-cv-01852-CDS-VCF<br><br>Order Granting Respondents' Unopposed Third Motion for Enlargement of Time<br><br>[ECF No. 77] |

　　　Respondents seek an extension of time to file their answer to the second amended petition for writ of habeas corpus. ECF No. 77. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant respondents' motion.

　　　It is therefore ordered that respondents' unopposed third motion for enlargement of time **[ECF No. 77] is granted**.  Respondents have until September 13, 2023, to file their answer.

　　　DATED: August 25, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge