# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Corry Alexis Hawkins,<br><br>                 Petitioner<br><br>    v.<br><br>Calvin Johnson, *et al.*,<br><br>                 Respondents | Case No. 2:20-cv-01852-CDS-VCF<br><br>**Order Granting Respondents' Motion for Enlargement of Time to Answer**<br><br>[ECF No. 79] |

Respondents seek an extension of time to file their answer to the second amended petition for writ of habeas corpus. ECF No. 79. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant respondents' motion.

It is therefore ordered that respondents' fourth motion for enlargement of time **[ECF No. 79] is granted**. Respondents have until October 13, 2023, to file their answer.

DATED: September 25, 2023

_____
Cristina D. Silva
United States District Judge