UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Corry Alexis Hawkins,<br><br>　　　　　Petitioner<br><br>　v.<br><br>Cavlin Johnson, *et al.*,<br><br>　　　　　Respondents | Case No. 2:20-01852-CDS-VCF<br><br>**Order Granting Respondents' Motion for Enlargement of Time to Answer Second Amended Petition**<br><br>[ECF No. 81] |

　　　Respondents seek an extension of time to file their answer to the second amended petition for writ of habeas corpus. ECF No. 81. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant respondents' motion.

　　　The new deadline approved in this order falls nearly six months after the original deadline set for respondents to answer the first amended petition. ECF No. 70. Lengthy habeas litigation is generally incompatible with the three-year goal set by the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471 *et seq.*, as well as the purposes served by the Antiterrorism and Effective Death Penalty Act ("AEDPA") 28 U.S.C. § 2244 *et seq.*: finality, efficiency, and comity. Based on the lack of progress to date, additional delay may impede this case from reaching a merits determination within three years. Accordingly, any future request for extension of time—even if unopposed—will be carefully scrutinized for good cause.

　　　It is therefore ordered that respondents' fifth motion for enlargement of time **[ECF No. 81] is granted**. Respondents have until November 13, 2023, to file their answer.

　　　DATED: October 18, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge