UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Corry Alexis Hawkins,

    Plaintiff

v.

Calvin Johnson, et al.,

    Defendants

Case No. 2:20-cv-01852-CDS-MDC

**Order Granting Petitioner's Motion to Extend**

[ECF No. 88]

    Petitioner Corry Alexis Hawkins seeks an extension of time to file his reply to the second amended petition for writ of habeas corpus. ECF No. 88. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

    It is therefore ordered that petitioner's first unopposed motion for enlargement of time **[ECF No. 88] is granted**. Hawkins has until April 12, 2024, to file his reply.

    Dated: February 21, 2024

                                                               _____
                                                                Cristina D. Silva
                                                                United States District Judge