# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Corry Alexis Hawkins, | Case No. 2:20-cv-01852-CDS-MDC |
| Petitioner | **Order Granting Petitioner's Motion to Extend** |
| v. | |
| Calvin Johnson, et al., | [ECF No. 90] |
| Respondents | |

Petitioner Corry Alexis Hawkins seeks an extension of time to file his reply to the second amended petition for writ of habeas corpus. ECF No. 90. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that petitioner's second unopposed motion for enlargement of time **[ECF No. 90] is granted**. Hawkins has until May 28, 2024, to file his reply.

Dated: April 17, 2024

_____
Cristina D. Silva
United States District Judge