UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| Corry Alexis Hawkins, | Case No. 2:20-cv-01852-CDS-MDC |
|---|---|
| Petitioner | **Order Granting Petitioner's Motion to Extend Time to File Reply** |
| v. | |
| Calvin Johnson, et al., | [ECF No. 92] |
| Respondents | |

Petitioner Corry Alexis Hawkins seeks an extension of time to file his reply to the second amended petition for writ of habeas corpus. ECF No. 92. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that petitioner's third unopposed motion for extension of time **[ECF No. 92]** is granted. Hawkins has until July 12, 2024, to file his reply.

Dated: June 3, 2024

_____
Cristina D. Silva
United States District Judge